IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANDRE JACOB HELMUELLER,

    Plaintiff,

v.

ST. CROIX COUNTY JAIL/GOVERNING AGENCY,

    Defendant.

ORDER

Case No. 21-cv-665-bbc

    Plaintiff Andre Jacob Helmueller has filed a proposed civil complaint and requested leave to proceed without prepaying the filing fee. To evaluate plaintiff's request to proceed without prepayment of the filing fee, I must review a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2).

    For this case to proceed, plaintiff must submit the certified trust fund account statement no later than November 12, 2021. If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

    IT IS ORDERED that plaintiff Andre Jacob Helmueller may have until November 12, 2021 to submit a trust fund account statement for the period beginning approximately April 21, 2021 and ending approximately October 21, 2021. If, by November 12, 2021, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action

voluntarily. In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 21st day of October, 2021.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge